ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Oct 07, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

  v.

SAMANTHA MCGEE,

            Defendant.

CASE NO. 2:25-cr-0234 DAD

18 U.S.C. § 1343 – Wire Fraud (4 Counts)

I N F O R M A T I O N

COUNTS ONE THROUGH FOUR: [18 U.S.C. § 1343 – Wire Fraud]

    The United States Attorney charges:

SAMANTHA MCGEE,

defendant herein, as follows:

INTRODUCTION

    At all relevant times,

    1.    SAMANTHA MCGEE lived in Louisiana and owned a company called Deep South Renovations, LLC.

    2.    Victim Company 1 was located in Roseville, California.

    3.    Victim Company 2 was located in Cincinnati, Ohio.

4. Victim Company 1 and Victim Company 2 (collectively, the "Victim Companies") provided or assisted homeowners in obtaining loans for home improvement projects.

## SCHEME TO DEFRAUD

5. From in or around November 2022 through in or around May 2023, in the State and Eastern District of California and elsewhere, SAMANTHA MCGEE knowingly and with the intent to defraud devised, participated in, executed, and attempted to execute a material scheme and artifice to defraud the Victim Companies and to obtain money and property from the Victim Companies by means of materially false and fraudulent pretenses, representations, and promises.

## PURPOSE OF THE SCHEME TO DEFRAUD

6. The purpose of the scheme and artifice to defraud was for SAMANTHA MCGEE to enrich herself unlawfully by obtaining home improvement loan funds through the submission of fraudulent applications and representations to the Victim Companies.

## MANNER AND MEANS

In furtherance of the scheme and artifice to defraud, SAMANTHA MCGEE employed, among others, the following manner and means:

7. SAMANTHA MCGEE used the identities of homeowners, with or without their knowledge, to apply for loans from the Victim Companies for home improvement projects purportedly to be completed by Deep South Renovations, LLC.

8. After the applications were approved, SAMANTHA MCGEE falsely certified to the Victim Companies that Deep South Renovations, LLC, completed the home improvement projects when, in fact, it did not.

9. Based on SAMANTHA MCGEE's fraudulent representations to the Victim Companies, the Victim Companies sent or caused to be sent funds to financial accounts SAMANTHA MCGEE controlled in the name of Deep South Renovations, LLC.

10. In total, SAMANTHA MCGEE received over $1.6 million through her fraudulent representations to the Victim Companies.

//
//

EXECUTION OF THE SCHEME

11. On or about the dates listed below as to each count, in the State and Eastern District of California and elsewhere, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, SAMANTHA MCGEE knowingly transmitted and caused to be transmitted by means of wire communications in interstate commerce the following writings, signs, signals, pictures, and sounds:

| Count | Approx. Wire Date | Wire Description |
|---|---|---|
| One | 11/28/2022 | $40,050 wire transfer from Victim Company 1 to a financial account in the name of Deep South Renovations, LLC, that SAMANTHA MCGEE controlled |
| Two | 3/15/2023 | $40,050 wire transfer from Victim Company 1 to a financial account in the name of Deep South Renovations, LLC, that SAMANTHA MCGEE controlled |
| Three | 4/24/2023 | $40,050 wire transfer from Victim Company 1 to a financial account in the name of Deep South Renovations, LLC, that SAMANTHA MCGEE controlled |
| Four | 5/24/2023 | $31,150 wire transfer from Victim Company 1 to a financial account in the name of Deep South Renovations, LLC, that SAMANTHA MCGEE controlled |

All in violation of Title 18, United States Code, Sections 2 and 1343.

Dated: September 16, 2025

ERIC GRANT
United States Attorney

By: /s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

**United States v. Samantha McGee**
**Penalties for Information**

**Defendant**
**SAMANTHA MCGEE**


**COUNTS 1-4:**

VIOLATION:      18 U.S.C. § 1343 – Wire Fraud

PENALTIES:      Up to 20 years of imprisonment, or fine up to $250,000 or twice the gross gain or loss pursuant to 18 U.S.C. § 3571(d), or both fine and imprisonment;
Up to 3 years of supervised release;
Restitution

SPECIAL ASSESSMENT: $100 (mandatory on each count)