```
ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMANTHA MCGEE,<br><br>　　　　　　　　Defendant. | CASE NO.  2:25-cr-00234 DAD<br><br>STIPULATION AND ORDER REGARDING ARRAIGNMENT AND CHANGE OF PLEA<br><br>DATE: December 1, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 7, 2025, the United States filed an Information charging McGee with four counts of wire fraud, in violation of 18 U.S.C. § 1343.

2. Before that date, the parties negotiated a written plea agreement that calls for McGee to plead guilty to one count of wire fraud. McGee has signed the plea agreement.

3. The parties jointly request that this Court schedule McGee's arraignment and change of plea hearing for Monday, December 1, 2025, at 9:30 a.m.

**IT IS SO STIPULATED.**

//

//

Dated: November 6, 2025

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: November 6, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Counsel for Defendant
Samantha McGee

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, Samantha McGee's arraignment and change of plea hearing are set for December 1, 2025, at 9:30 a.m., before this Court.

IT IS SO ORDERED.

Dated:  **November 6, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE