HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org


Attorney for Defendant
SAMANTHA MCGEE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25-CR-00234 DAD |
| | ) |
| Plaintiff, | ) |
| | ) **REQUEST FOR TRANSPORTATION** |
| vs. | ) **AND PER DIEM; ORDER** |
| | ) |
| SAMANTHA MCGEE | ) |
| | ) |
| Defendants. | ) Judge: Hon. Dale A. Drozd |
| | ) |
| | ) |


Defendant Samantha McGee applies for an order directing the

Marshal to pay costs of transportation and subsistence pursuant

to 18 U.S.C. § 4285 for her round-trip travel to Sacramento for

entry of a plea on the next date available.

Ms. McGee and the United States have reached an agreement

to resolve her case by plea to an information.  She is

financially unable to pay the cost of her round-trip

transportation on her own on such short notice.  Accordingly,

-1-

she asks the court to "direct the United States marshal to

arrange for [her] means of noncustodial transportation or

furnish the fare for such transportation" and "to furnish [her]

with an amount of money for subsistence expenses . . . , not to

exceed the amount authorized as a per diem allowance for travel

under section 5702(a) of title 5, United States Code."  See 18

U.S.C. § 4285.

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


Dated:  December 1, 2025       /s/ Douglas Beevers
                               DOUGLAS BEEVERS
                               Assistant Federal Defender
                               Attorney for SAMANTHA MCGEE

**O R D E R**

The United States Marshals shall provide Defendant Samantha McGee one-way air travel from Louisiana to Sacramento, California and subsistence for the defendant to attend her arraignment and change of plea on December 22, 2025.

IT IS SO ORDERED.

Dated:  **December 1, 2025**

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES DISTRICT JUDGE