ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00234 DAD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER |
| v. | |
| SAMANTHA MCGEE, | August 17, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On October 7, 2025, the United States charged McGee by information with four counts of wire fraud, in violation of 18 U.S.C. § 1343. ECF 1.

2.      On December 22, 2025, McGee pleaded guilty to one count of wire fraud, pursuant to a written plea agreement. ECF 9, 10.

3.      This matter currently is set for a status conference regarding sentencing on March 30, 2026. ECF 10.

//

//

//

4.      Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to August 17, 2026, at 9:30 a.m.

IT IS SO STIPULATED.


Dated:  March 25, 2026                                          ERIC GRANT
                                                                United States Attorney


                                                                /s/ MATTHEW THUESEN
                                                                MATTHEW THUESEN
                                                                Assistant United States Attorney


Dated:  March 25, 2026                                          /s/ DOUGLAS J. BEEVERS
                                                                DOUGLAS J. BEEVERS
                                                                Counsel for Defendant
                                                                SAMANTHA MCGEE


**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference regarding sentencing previously scheduled for March 30, 2026 is continued to August 17, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **March 26, 2026**                      _____
                                                                DALE A. DROZD
                                                                UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE                    2
REGARDING SENTENCING