ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA MCGEE,<br><br>Defendant. | CASE NO. 2:25-cr-234 DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER<br><br>August 17, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 7, 2025, the United States charged McGee by information with four counts of wire fraud, in violation of 18 U.S.C. § 1343. ECF 1.

2. On December 22, 2025, McGee pleaded guilty to one count of wire fraud, pursuant to a written plea agreement. ECF 9, 10.

3. This matter currently is set for a status conference regarding sentencing on August 17, 2026. ECF 12.

//

//

//

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to November 30, 2026, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: August 11, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: August 11, 2026

/s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Counsel for Defendant
SAMANTHA MCGEE

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference regarding sentencing previously schedule for August 17, 2026, is continued to November 30, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 12, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE